# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 25  PM 3: 38

CLERK _____
SO. DIST. OF GA.

CECIL TRIMBLE,                    )
                                 )
    Movant,                      )
                                 )
v.                               )          Case No.  CV605-130
                                 )              [underlying CR604-015]
UNITED STATES OF AMERICA,        )
                                 )
    Respondent.                  )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed.  Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _25_ day of _____Oct_____, 2006.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA