# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Statesboro Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cecil Trimble | ) Case No: CR604-00015-001 |
| | ) USM No: 11986-021 |
| Date of Previous Judgment: December 2, 2004 | ) George Argo |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __176__ months **is reduced to** __151 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence. The Court is not persuaded that the defendant should reap any benefit, but ever mindful of the guidelines, the Court should offer some consensus on sentencing.

Except as provided above, all provisions of the judgment dated __December 2, 2004,__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9-9-2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title

Effective Date: _____
(if different from order date)