IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA    *
                            *
v.                          *       CR 604-015
                            *
CECIL TRIMBLE               *

O R D E R

Before the Court in the captioned case is Defendant Cecil Trimble's request to terminate his term of supervised release. On September 22, 2004, Trimble pled guilty to one count of distribution of 50 grams or more of cocaine base, in violation of 21 U.S.C. § 841(a)(1). On December 2, 2004, Trimble was sentenced to 176 months imprisonment and five years of supervised release. The term of imprisonment was later reduced to 151 months pursuant to 18 U.S.C. § 3582(c)(2).[1]

Trimble was released from the Bureau of Prisons on December 1, 2014; he is presently serving his term of supervised release under the supervision of the United States Probation Office in the Southern District of Florida. Trimble has completed 29 months of supervision with no issues of noncompliance. Trimble has completed substance abuse treatment, paid his monetary obligations in full, and has been

---

[1] On December 2, 2012, the Honorable B. Avant Edenfield denied Trimble's second attempt to reduce his sentence even though his guideline range had been subsequently lowered to 120-121 months because of Trimble's "very egregious criminal history, which began at a young age, as well as a limited education and a minimal work history." (Doc. 58.)

gainfully employed. Trimble maintains a stable residence in Indiantown, Florida. The Government has filed no opposition or response.

Despite Trimble's commendable performance on supervised release, his supervising probation officer objects to the early termination of supervised release because Trimble does not meet the Southern District of Florida's internal criteria for early termination based on his history of violence. And while the Southern District of Georgia does not have a similar policy, it is the policy of this district to wait until an offender has served 2/3 of his term of supervised release before recommending early termination.

Upon due consideration of district policy and the factors set forth in 18 U.S.C. § 3553(a), the Court cannot find any reason to warrant treating Trimble any differently than it does other similarly situated offenders. Accordingly, the Court concludes that Trimble's supervised release should not be terminated. The motion for early termination of supervised release (doc. 76) is **DENIED** without prejudice to Trimble to re-file one year from now.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2