IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA     *
                             *
v.                           *     CR 604-015
                             *
CECIL TRIMBLE                *

O R D E R

Before the Court in the captioned case is Defendant Cecil Trimble's second request to terminate his term of supervised release. On September 22, 2004, Trimble pled guilty to one count of distribution of 50 grams or more of cocaine base, in violation of 21 U.S.C. § 841(a)(1). On December 2, 2004, Trimble was sentenced to 176 months imprisonment and five years of supervised release. The term of imprisonment was later reduced to 151 months pursuant to 18 U.S.C. § 3582(c)(2).

Trimble was released from the Bureau of Prisons on December 1, 2014; he is presently serving his term of supervised release under the supervision of the United States Probation Office in the Southern District of Florida. He filed his first motion for early termination of supervised release in April 2017. By Order of May 19, 2017, the motion was denied because despite Trimble's commendable performance on supervised release, he had not yet served 2/3 of his term of supervised release, which is the policy in this district.

Trimble now returns to this Court having just reached the 2/3 mark, seeking to terminate his term of supervised release. This time, however, Trimble comes to the Court having been arrested in December 2017 for driving under the influence in South Carolina. While that charge has been dismissed, Trimble was out-of-district without prior approval of his supervising probation officer. For this reason, the Probation Office in this district and in the Southern District of Florida jointly recommend that Trimble continue on supervised release at this time.

Upon due consideration of the recommendation of the Probation Office and the factors set forth in 18 U.S.C. § 3553(a), Trimble's motion for early termination of supervised release (doc. 78) is **DENIED** without prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of April, 2018.

J. RANDAL HALL, CHIEF JUDGE  
UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF GEORGIA